MORTON & CRAIG LLC
John R. Morton, Jr., Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: 856-866-0100
Attorney for: Santander Consumer USA Inc.


UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re:<br><br>ROBERT A. REID | Case No. 20-14015(CMG)<br><br>Chapter 13<br><br>Hearing Date: 5-20-20<br><br>**AMENDED OBJECTION TO CONFIRMATION** |

Santander Consumer USA Inc. ("Santander"), a secured

creditor of the Debtor, objects to the Debtor's plan for

the following reasons:

a. **PLAN SILENT; 910 CLAIM:**  Santander holds a first

purchase money security interest encumbering a 2013

HYUNDAI SONATA purchased by the debtor on 2-11-20, 27

days prior to filing.  The plan is silent as to

Santander.  The plan should be amended to state that

Santander is unaffected by the plan and is being paid

directly by the debtor outside the plan.

b. **Proof of insurance:** The vehicle must be insured with

comprehensive and collision insurance coverage and

liability coverage in accordance with the requirements

contained in the contract.  Santander must be listed as

loss payee or additional insured. **The Debtor must**

**provide Santander with proof that the vehicle is insured**

**in accordance with §1326(a)(4) and this portion of the**

**objection to confirmation should be considered a demand**

**that the Debtors provide proof of insurance**.

c. Santander must retain its lien on the vehicle following

confirmation, and until it is paid in full by the debtor

in accordance with the terms of the retail installment

contract encumbering the vehicle.

/s/ John R. Morton, Jr.

_____
John R. Morton, Jr., attorney for
Santander Consumer USA Inc.

Date: 4-21-20