Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  20−14015−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert A. Reid
   aka Robert A Reid
   893 Gloucester Ave
   Brick, NJ 08723−5109

Social Security No.:
   xxx−xx−3322

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 29, 2020.

On March 10, 2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:            April 21, 2021
Time:            10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
     a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
     of a secure claim, such holders acceptance or rejection of the Plan before modification will
     be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
     holders acceptance or rejection of the Plan within the time fixed.

3.   **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
     the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 11, 2021
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                   Case No. 20-14015-CMG

Robert A. Reid                                                                                   Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 11, 2021 | Form ID: 185 | Total Noticed: 64 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Robert A. Reid, 893 Gloucester Ave, Brick, NJ 08723-5109 |
| aty | + | RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| 518754661 | + | Atlantic Medical Imaging, PO Box 1564, Indianapolis, IN 46206-1564 |
| 518754662 | | Bby/cbna, 50 NW Point Blvd, Elk Grove Village, IL 60007-1032 |
| 518754663 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, 21210 Erwin St, Woodland Hills, CA 91367-3714 |
| 518799156 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518754671 | + | Credit First N A, 6275 Eastland Rd, Brook Park, OH 44142-1399 |
| 518754672 | | Credit First N A, PO Box 81315, Cleveland, OH 44181-0315 |
| 518754673 | | Credit First National Assoc, Attn: BK Credit Operations, PO Box 81315, Cleveland, OH 44181-0315 |
| 518754674 | | Credit First National Association, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 518754677 | + | Fein Such Kahn & Shepard, PC, 7 Century Dr Ste 201, Parsippany, NJ 07054-4673 |
| 518754681 | | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 518754682 | | Northstar Location Services, LLC, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 518754685 | | Pnc Bank, Attn: Bankruptcy, 249 5th Ave Ste 30, Pittsburgh, PA 15222-2707 |
| 518754689 | | Preferred Behavioral Health Group, PO Box 85, Emerson, NJ 07630-0085 |
| 518754690 | | Progessive Insurance, 21210 Erwin St, Woodland Hills, CA 91367-3714 |
| 518802244 | + | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 518754695 | | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 518773144 | + | TD Bank, 30 Montgomery St, Jersey City, NJ 07302-3829 |
| 518763122 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, and Hertzel, LLP, 950 New Loudon Road, Latham, New York 12110-2190 |
| 518754700 | | Target, C/O Financial & Retail Srvs Mailstopn BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 518754702 | | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 518754704 | | US Dept of Ed/Glelsi, PO Box 7860, Madison, WI 53707-7860 |
| 518754705 | | US Dept of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Ln, Madison, WI 53704-3121 |
| 518754708 | + | Yellow Book Sales, PO Box 1470, Dover, DE 19903 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 11 2021 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 11 2021 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518754664 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 11 2021 22:19:10 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 518754665 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 11 2021 22:17:57 | Capital One, Attn: Bankruptcy, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 518754666 | | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Mar 11 2021 22:19:20 | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |

District/off: 0312-3 | User: admin | Page 2 of 4
Date Rcvd: Mar 11, 2021 | Form ID: 185 | Total Noticed: 64

| ID | Email | Date | Address |
|---|---|---|---|
| 518754667 | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Mar 11 2021 22:20:31 | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518754670 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 11 2021 22:18:18 | Citibank/Best Buy, Centralized Bk/Citicorp Credt Srvs, PO Box 790040, Saint Louis, MO 63179-0040 |
| 518754675 | Email/PDF: creditonebknotifications@resurgent.com | Mar 11 2021 22:19:12 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518754676 | Email/PDF: creditonebknotifications@resurgent.com | Mar 11 2021 22:20:24 | Credit One Bank NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518754678 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 11 2021 20:51:00 | Internal Revenue Service, PO Box 7346, Special Procedures Branch, Bky Sec., Philadelphia, PA 19101-7346 |
| 518754668 | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 11 2021 22:19:08 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 518754669 | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 11 2021 22:20:20 | Chase Card Services, Correspondence Dept, PO Box 15278, Wilmington, DE 19850-5278 |
| 518754679 | Email/Text: PBNCNotifications@peritusservices.com | Mar 11 2021 20:51:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 518754680 | Email/Text: PBNCNotifications@peritusservices.com | Mar 11 2021 20:51:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518810436 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 11 2021 20:52:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518754686 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 11 2021 20:51:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-0000 |
| 518837983 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 11 2021 20:51:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518754684 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 11 2021 20:51:00 | Pnc Bank, Attn: Bankruptcy, PO Box 94982, Cleveland, OH 44101-4982 |
| 518754687 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 11 2021 20:51:00 | Pnc Bank, N.A., 1 Financial Pkwy, Kalamazoo, MI 49009-8003 |
| 518754688 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 11 2021 20:51:00 | Pnc Bank, NA, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 518791703 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 11 2021 22:18:04 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 518802879 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 11 2021 22:18:04 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518754683 | Email/Text: bankruptcypgl@plaingreenloans.com | Mar 11 2021 20:52:00 | Plain Green, LLC, 93 Mack Rd Ste 600, PO Box 270 Elder, MT 59521 |
| 518754691 | Email/Text: bankruptcy@prosper.com | Mar 11 2021 20:53:00 | Prosper Funding LLC, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 518754692 | Email/Text: bankruptcy@prosper.com | Mar 11 2021 20:53:00 | Prosper Marketplace In, 221 Main St, San Francisco, CA 94105-1906 |
| 518754693 | Email/Text: bankruptcy@prosper.com | Mar 11 2021 20:53:00 | Prosper Marketplace In, 101 2nd St Fl 15, San Francisco, CA 94105-3672 |
| 518754694 | Email/Text: bankruptcy@prosper.com | Mar 11 2021 20:53:00 | Prosper Marketplace Inc, PO Box 396081, San Francisco, CA 94139-6081 |
| 518765538 | Email/Text: bnc-quantum@quantum3group.com | Mar 11 2021 20:52:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518754696 | Email/PDF: gecsedi@recoverycorp.com | Mar 11 2021 22:19:04 | Syncb/Car Care Syn Car, C/o, PO Box 965036, Orlando, FL 32896-5036 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 11, 2021 | Form ID: 185 | Total Noticed: 64 |

| | | | |
|---|---|---|---|
| 518754697 | Email/PDF: gecsedi@recoverycorp.com | Mar 11 2021 22:20:18 | Syncb/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 518754698 | Email/PDF: gecsedi@recoverycorp.com | Mar 11 2021 22:19:05 | Syncb/ccsycc, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 518756673 | + Email/PDF: gecsedi@recoverycorp.com | Mar 11 2021 22:17:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518754699 | Email/PDF: gecsedi@recoverycorp.com | Mar 11 2021 22:17:52 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 518754701 | Email/Text: bankruptcy@td.com | Mar 11 2021 20:52:00 | Td Bank N.A., 70 Gray Rd, Portland, ME 04105-2019 |
| 518754703 | Email/Text: bankruptcy@td.com | Mar 11 2021 20:52:00 | Td Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 518836392 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 11 2021 22:18:17 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518754706 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 11 2021 20:50:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Saint Charles, MO 63304-2225 |
| 518754707 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 11 2021 20:50:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Robert A. Reid bkclient@straffilaw.com G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |

District/off: 0312-3                                   User: admin                                              Page 4 of 4
Date Rcvd: Mar 11, 2021                             Form ID: 185                                          Total Noticed: 64

Denise E. Carlon
         on behalf of Loss Mitigation PNC BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
         on behalf of Creditor PNC Bank  National Association, as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY AS
TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2007-AR1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
         on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com,
bkgroup@kmllawgroup.com

Jill Manzo
         on behalf of Creditor PNC Bank  National Association, as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY AS
TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2007-AR1 bankruptcy@fskslaw.com

John R. Morton, Jr.
         on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

U.S. Trustee
         USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8