Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 20−14015−CMG
                Chapter: 13
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert A. Reid
   aka Robert A Reid
   893 Gloucester Ave
   Brick, NJ 08723−5109

Social Security No.:
   xxx−xx−3322

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 23, 2021.

Dated: April 23, 2021
JAN: dmi

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Robert A. Reid  
    Debtor

Case No. 20-14015-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4  
Date Rcvd: Apr 23, 2021     Form ID: plncf13     Total Noticed: 64

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Robert A. Reid, 893 Gloucester Ave, Brick, NJ 08723-5109 |
| aty | + | RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| 518754661 | + | Atlantic Medical Imaging, PO Box 1564, Indianapolis, IN 46206-1564 |
| 518754662 | | Bby/cbna, 50 NW Point Blvd, Elk Grove Village, IL 60007-1032 |
| 518754663 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, 21210 Erwin St, Woodland Hills, CA 91367-3714 |
| 518799156 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518754671 | + | Credit First N A, 6275 Eastland Rd, Brook Park, OH 44142-1399 |
| 518754672 | | Credit First N A, PO Box 81315, Cleveland, OH 44181-0315 |
| 518754673 | | Credit First National Assoc, Attn: BK Credit Operations, PO Box 81315, Cleveland, OH 44181-0315 |
| 518754674 | | Credit First National Association, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 518754677 | + | Fein Such Kahn & Shepard, PC, 7 Century Dr Ste 201, Parsippany, NJ 07054-4673 |
| 518754681 | | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 518754682 | | Northstar Location Services, LLC, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 518754685 | | Pnc Bank, Attn: Bankruptcy, 249 5th Ave Ste 30, Pittsburgh, PA 15222-2707 |
| 518754689 | | Preferred Behavioral Health Group, PO Box 85, Emerson, NJ 07630-0085 |
| 518754690 | | Progessive Insurance, 21210 Erwin St, Woodland Hills, CA 91367-3714 |
| 518802244 | + | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 518754695 | | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 518773144 | + | TD Bank, 30 Montgomery St, Jersey City, NJ 07302-3829 |
| 518763122 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, and Hertzel, LLP, 950 New Loudon Road, Latham, New York 12110-2190 |
| 518754700 | | Target, C/O Financial & Retail Srvs Mailstopn BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 518754702 | | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 518754704 | | US Dept of Ed/Glelsi, PO Box 7860, Madison, WI 53707-7860 |
| 518754705 | | US Dept of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Ln, Madison, WI 53704-3121 |
| 518754708 | + | Yellow Book Sales, PO Box 1470, Dover, DE 19903 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 23 2021 22:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 23 2021 22:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518754664 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 23 2021 22:57:21 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 518754665 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 23 2021 22:58:48 | Capital One, Attn: Bankruptcy, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 518754666 | | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Apr 23 2021 22:56:05 | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |

Case 20-14015-CMG    Doc 56    Filed 04/25/21    Entered 04/26/21 00:21:34    Desc Imaged
                               Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 23, 2021 | Form ID: plncf13 | Total Noticed: 64 |

| ID | Email Method | Date/Time | Recipient |
|---|---|---|---|
| 518754667 | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Apr 23 2021 22:57:33 | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518754670 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2021 22:58:54 | Citibank/Best Buy, Centralized Bk/Citicorp Credt Srvs, PO Box 790040, Saint Louis, MO 63179-0040 |
| 518754675 | Email/PDF: creditonebknotifications@resurgent.com | Apr 23 2021 22:55:53 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518754676 | Email/PDF: creditonebknotifications@resurgent.com | Apr 23 2021 22:57:22 | Credit One Bank NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518754678 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 23 2021 22:33:00 | Internal Revenue Service, PO Box 7346, Special Procedures Branch, Bky Sec., Philadelphia, PA 19101-7346 |
| 518754668 | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 23 2021 22:57:19 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 518754669 | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 23 2021 22:57:19 | Chase Card Services, Correspondence Dept, PO Box 15278, Wilmington, DE 19850-5278 |
| 518754679 | Email/Text: PBNCNotifications@peritusservices.com | Apr 23 2021 22:32:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 518754680 | Email/Text: PBNCNotifications@peritusservices.com | Apr 23 2021 22:32:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518810436 + | Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2021 22:34:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518754686 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 23 2021 22:33:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-0000 |
| 518837983 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 23 2021 22:33:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518754684 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 23 2021 22:33:00 | Pnc Bank, Attn: Bankruptcy, PO Box 94982, Cleveland, OH 44101-4982 |
| 518754687 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 23 2021 22:33:00 | Pnc Bank, N.A., 1 Financial Pkwy, Kalamazoo, MI 49009-8003 |
| 518754688 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 23 2021 22:33:00 | Pnc Bank, NA, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 518791703 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2021 22:58:57 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 518802879 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2021 22:56:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518754683 | Email/Text: bankruptcypgl@plaingreenloans.com | Apr 23 2021 22:35:00 | Plain Green, LLC, 93 Mack Rd Ste 600, PO Box 270 Elder, MT 59521 |
| 518754691 | Email/Text: bankruptcy@prosper.com | Apr 23 2021 22:35:00 | Prosper Funding LLC, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 518754692 | Email/Text: bankruptcy@prosper.com | Apr 23 2021 22:35:00 | Prosper Marketplace In, 221 Main St, San Francisco, CA 94105-1906 |
| 518754693 | Email/Text: bankruptcy@prosper.com | Apr 23 2021 22:35:00 | Prosper Marketplace In, 101 2nd St Fl 15, San Francisco, CA 94105-3672 |
| 518754694 | Email/Text: bankruptcy@prosper.com | Apr 23 2021 22:35:00 | Prosper Marketplace Inc, PO Box 396081, San Francisco, CA 94139-6081 |
| 518765538 | Email/Text: bnc-quantum@quantum3group.com | Apr 23 2021 22:34:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518754696 | Email/PDF: gecsedi@recoverycorp.com | Apr 23 2021 22:58:45 | Syncb/Car Care Syn Car, C/o, PO Box 965036, Orlando, FL 32896-5036 |

Case 20-14015-CMG    Doc 56    Filed 04/25/21    Entered 04/26/21 00:21:34    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 23, 2021 | Form ID: plncf13 | Total Noticed: 64 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518754697 | | Email/PDF: gecsedi@recoverycorp.com | Apr 23 2021 22:58:45 | Syncb/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 518754698 | | Email/PDF: gecsedi@recoverycorp.com | Apr 23 2021 22:57:17 | Syncb/ccsycc, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 518756673 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 23 2021 22:58:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518754699 | | Email/PDF: gecsedi@recoverycorp.com | Apr 23 2021 22:58:45 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 518754701 | | Email/Text: bankruptcy@td.com | Apr 23 2021 22:34:00 | Td Bank N.A., 70 Gray Rd, Portland, ME 04105-2019 |
| 518754703 | | Email/Text: bankruptcy@td.com | Apr 23 2021 22:34:00 | Td Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 518836392 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 23 2021 22:56:07 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518754706 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 23 2021 22:32:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Saint Charles, MO 63304-2225 |
| 518754707 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 23 2021 22:32:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 25, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Robert A. Reid bkclient@straffilaw.com G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 23, 2021 | Form ID: plncf13 | Total Noticed: 64 |

Denise E. Carlon
    on behalf of Loss Mitigation PNC BANK N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor PNC Bank National Association, as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2007-AR1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jill Manzo
    on behalf of Creditor PNC Bank National Association, as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2007-AR1 bankruptcy@fskslaw.com

John R. Morton, Jr.
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8