Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                        Case No.: 20−14015−CMG
                        Chapter: 13
                        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert A. Reid
   aka Robert A Reid
   893 Gloucester Ave
   Brick, NJ 08723−5109

Social Security No.:
   xxx−xx−3322

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/21/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 21, 2021
JAN: dmi

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                                  Case No. 20-14015-CMG
Robert A. Reid                                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 4
Date Rcvd: Oct 21, 2021    Form ID: 148    Total Noticed: 64

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Robert A. Reid, 893 Gloucester Ave, Brick, NJ 08723-5109 |
| aty | + | RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518754661 | + | Atlantic Medical Imaging, PO Box 1564, Indianapolis, IN 46206-1564 |
| 518754663 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, 21210 Erwin St, Woodland Hills, CA 91367-3714 |
| 518754677 | + | Fein Such Kahn & Shepard, PC, 7 Century Dr Ste 201, Parsippany, NJ 07054-4673 |
| 518754681 | | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 518754682 | | Northstar Location Services, LLC, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 518754685 | | Pnc Bank, Attn: Bankruptcy, 249 5th Ave Ste 30, Pittsburgh, PA 15222-2707 |
| 518754689 | | Preferred Behavioral Health Group, PO Box 85, Emerson, NJ 07630-0085 |
| 518754690 | | Progessive Insurance, 21210 Erwin St, Woodland Hills, CA 91367-3714 |
| 518773144 | + | TD Bank, 30 Montgomery St, Jersey City, NJ 07302-3829 |
| 518763122 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, and Hertzel, LLP, 950 New Loudon Road, Latham, New York 12110-2190 |
| 518754704 | | US Dept of Ed/Glelsi, PO Box 7860, Madison, WI 53707-7860 |
| 518754705 | | US Dept of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Ln, Madison, WI 53704-3121 |
| 518754708 | + | Yellow Book Sales, PO Box 1470, Dover, DE 19903 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 21 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 21 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: DRIV.COM | Oct 22 2021 00:23:00 | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| 518754662 | | EDI: CITICORP.COM | Oct 22 2021 00:23:00 | Bby/cbna, 50 NW Point Blvd, Elk Grove Village, IL 60007-1032 |
| 518754664 | | EDI: CAPITALONE.COM | Oct 22 2021 00:23:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 518754665 | | EDI: CAPITALONE.COM | Oct 22 2021 00:23:00 | Capital One, Attn: Bankruptcy, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 518754666 | | EDI: CAPONEAUTO.COM | Oct 22 2021 00:23:00 | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 518754667 | | EDI: CAPONEAUTO.COM | Oct 22 2021 00:23:00 | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518799156 | | EDI: BL-BECKET.COM | Oct 22 2021 00:23:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 20-14015-CMG    Doc 59    Filed 10/23/21    Entered 10/24/21 00:13:25    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 21, 2021 | Form ID: 148 | Total Noticed: 64 |

| | | | | |
|---|---|---|---|---|
| 518754670 | | EDI: CITICORP.COM | Oct 22 2021 00:23:00 | Citibank/Best Buy, Centralized Bk/Citicorp Credt Srvs, PO Box 790040, Saint Louis, MO 63179-0040 |
| 518754672 | | EDI: CRFRSTNA.COM | Oct 22 2021 00:23:00 | Credit First N A, PO Box 81315, Cleveland, OH 44181-0315 |
| 518754671 | + | EDI: CRFRSTNA.COM | Oct 22 2021 00:23:00 | Credit First N A, 6275 Eastland Rd, Brook Park, OH 44142-1399 |
| 518754673 | | EDI: CRFRSTNA.COM | Oct 22 2021 00:23:00 | Credit First National Assoc, Attn: BK Credit Operations, PO Box 81315, Cleveland, OH 44181-0315 |
| 518754674 | | EDI: CRFRSTNA.COM | Oct 22 2021 00:23:00 | Credit First National Association, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 518754675 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 21 2021 20:30:06 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518754676 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 21 2021 20:30:06 | Credit One Bank NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518754678 | | EDI: IRS.COM | Oct 22 2021 00:23:00 | Internal Revenue Service, PO Box 7346, Special Procedures Branch, Bky Sec., Philadelphia, PA 19101-7346 |
| 518754668 | | EDI: JPMORGANCHASE | Oct 22 2021 00:23:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 518754669 | | EDI: JPMORGANCHASE | Oct 22 2021 00:23:00 | Chase Card Services, Correspondence Dept, PO Box 15278, Wilmington, DE 19850-5278 |
| 518754679 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 21 2021 20:21:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 518754680 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 21 2021 20:21:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518810436 | + | EDI: MID8.COM | Oct 22 2021 00:23:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518754686 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 21 2021 20:21:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-0000 |
| 518837983 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 21 2021 20:21:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518754684 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 21 2021 20:21:00 | Pnc Bank, Attn: Bankruptcy, PO Box 94982, Cleveland, OH 44101-4982 |
| 518754687 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 21 2021 20:21:00 | Pnc Bank, N.A., 1 Financial Pkwy, Kalamazoo, MI 49009-8003 |
| 518754688 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 21 2021 20:21:00 | Pnc Bank, NA, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 518791703 | | EDI: PRA.COM | Oct 22 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 518802879 | | EDI: PRA.COM | Oct 22 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518754683 | | Email/Text: bankruptcypgl@plaingreenloans.com | Oct 21 2021 20:21:00 | Plain Green, LLC, 93 Mack Rd Ste 600, PO Box 270 Elder, MT 59521 |
| 518754691 | | Email/Text: bankruptcy@prosper.com | Oct 21 2021 20:21:00 | Prosper Funding LLC, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 518754692 | | Email/Text: bankruptcy@prosper.com | Oct 21 2021 20:21:00 | Prosper Marketplace In, 221 Main St, San Francisco, CA 94105-1906 |
| 518754693 | | Email/Text: bankruptcy@prosper.com | Oct 21 2021 20:21:00 | Prosper Marketplace In, 101 2nd St Fl 15, San Francisco, CA 94105-3672 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 21, 2021 | Form ID: 148 | Total Noticed: 64 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518754694 | | Email/Text: bankruptcy@prosper.com | Oct 21 2021 20:21:00 | Prosper Marketplace Inc, PO Box 396081, San Francisco, CA 94139-6081 |
| 518765538 | | EDI: Q3G.COM | Oct 22 2021 00:23:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518802244 | + | EDI: DRIV.COM | Oct 22 2021 00:23:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 518754695 | | EDI: DRIV.COM | Oct 22 2021 00:23:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 518754696 | | EDI: RMSC.COM | Oct 22 2021 00:23:00 | Syncb/Car Care Syn Car, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 518754697 | | EDI: RMSC.COM | Oct 22 2021 00:23:00 | Syncb/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 518754698 | | EDI: RMSC.COM | Oct 22 2021 00:23:00 | Syncb/ccsycc, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 518756673 | + | EDI: RMSC.COM | Oct 22 2021 00:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518754699 | | EDI: RMSC.COM | Oct 22 2021 00:23:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 518754701 | | EDI: TDBANKNORTH.COM | Oct 22 2021 00:23:00 | Td Bank N.A., 70 Gray Rd, Portland, ME 04105-2019 |
| 518754703 | | EDI: TDBANKNORTH.COM | Oct 22 2021 00:23:00 | Td Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 518754700 | | EDI: WTRRNBANK.COM | Oct 22 2021 00:23:00 | Target, C/O Financial & Retail Srvs Mailstopn BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 518754702 | | EDI: WTRRNBANK.COM | Oct 22 2021 00:23:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 518836392 | + | EDI: AIS.COM | Oct 22 2021 00:23:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518754706 | | EDI: VERIZONCOMB.COM | Oct 22 2021 00:23:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Saint Charles, MO 63304-2225 |
| 518754707 | | EDI: VERIZONCOMB.COM | Oct 22 2021 00:23:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Robert A. Reid bkclient@straffilaw.com G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |
| Denise E. Carlon | on behalf of Loss Mitigation PNC BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association, as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2007-AR1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor PNC Bank  National Association, as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2007-AR1 bankruptcy@fskslaw.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9